**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 584 EAL 2018

                    Respondent   :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

              v.   :

  :

EDWIN GAGO,   :

  :

                    Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.